# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158509(20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEITH LEO OLSON,
      Defendant-Appellant.

_____/

SC: 158509
COA: 343017
Macomb CC: 2012-001506-FH

      On order of the Chief Justice, the motion of defendant-appellant to submit additional pages in propria person is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk